IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KISMET ANNON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:08CV526 |
| v. ) | |
| ) | ORDER |
| **U-PULL IT, INC. and HARRY HANSON,** ) | |
| ) | |
| **Defendant.** ) | |

Upon representation to the court that mediation was successful and a settlement reached on all issues, on June 12, 2009,

**IT IS ORDERED that:**

1. **On or before July 10, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The telephone conference scheduled for June 12, 2009, is cancelled upon the representation that this case is settled.

DATED this 12th day of June, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge