IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KISMET ANNON, | ) | CASE NO. 8:08CV526 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| U-PULL IT, INC. and HARRY HANSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on this 8th day of July 2009 upon the parties Joint Stipulation for Dismissal with Prejudice.

And being fully advised in the premises, the Court finds that said request should be granted.

IT IS THEREFORE ORDERED that the above-referenced cause be dismissed with prejudice to future action, each party to pay their own costs and complete record waived.

Dated this 8th day of July 2009.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief Judge

Prepared and submitted by:
STACI HARTMAN-NELSON, #23408
Attorney at Law
1625 Farnam Street, Suite 730
Omaha, NE 68102
(402) 344-8000
Attorney for Plaintiff